APR 6 2023 AM 11:45
FILED M-USDC - BPT- CT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

PLAINTIFF(S) [Write the name(s) of the person(s) complaining. Do not use et al.]

LA'DEAN DANIELS

_____

_____

_____

_____

VS.

DEFENDANT(S) [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use et al.]

DOCTOR FEDER

R. NURSE CARLIE

R. NURSE J. BRENNAN

NURSE SUPERVISE K. PHILLIPS

WARDEN MARTIN

R. NURSE CRISTIEN     NURSE JANE DOE (1)

R. NURSE YVONNE

R. NURSE JULLIAN

Complete every section and **SIGN THE LAST PAGE.**

*Revised 12/13/18*

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1.  _____✓_____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR/ *BIVENS*

2.  _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics.* 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1.  First Plaintiff
    a.  Full Name: *LA' DEAN DANIELS*

    b.  Inmate Number: *196157*

    c.  Correctional facility: *CORRIGAN C.C. 986 NORWICH NEW LONDON* ?
        *UNCASVILLE, CT 06382*

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six defendants, attach additional pages. Provide items a, b, and c for each defendant.

1.  First Defendant
    a.  Full Name: *FENER*

    b.  Rank or Title: *DOCTOR*

    c.  Workplace: *CORRIGAN C.C. 986 NORWICH NEW LONDON* TP1
        *UNCASVILLE, CT. 06382*

*Revised 12/13/18*

2. Second Defendant
   a.    Full Name:     JILLIAN

   b.    Rank or Title:     NURSE

   c.    Workplace:     CORRIGAN 986 NORWICH NEW LONDON TPKE

3. Third Defendant
   a.    Full Name:     CARLIE

   b.    Rank or Title:     NURSE

   c.    Workplace:     CORRIGAN C.C.

4. Fourth Defendant
   a.    Full Name:     K. PHILLIPS

   b.    Rank or Title:     NURSE SUPERVISER

   c.    Workplace:     CORRIGAN C.C.

5. Fifth Defendant
   a.    Full Name:     MARTIN

   b.    Rank or Title:     WARDEN

   c.    Workplace:     CORRIGAN C.C. 986 NORWICH NEW LONDON TPKE. UNCASVILLE, CT. 06382

6. Sixth Defendant
   a.    Full Name:     AMY

   b.    Rank or Title:     NURSE

   c.    Workplace:     CORRIGAN C.C.

## D. REASON FOR COMPLAINT

WARNING: Contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim. If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

*Revised 12/13/18*

1. Failure to use the prison grievance process before suing. If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved:  You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages:  You generally cannot sue the following people and entities for money damages:  the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

*Revised 12/13/18*

F.    DO YOU WISH TO HAVE A JURY TRIAL?  YES ___✓___  NO_____

G.    DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this or your amended complaint will not be filed.

By signing this amended complaint, I certify under penalty of perjury that the information contained in this amended complaint is true and accurate to the best of my knowledge. I understand that if I lie in this amended complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at __COLLIGANS  C.C.__ on _April 3rd 2023_
                      (Location)                  (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The amended complaint cannot be filed without a signature from each plaintiff.**

H.    FINAL INSTRUCTIONS

WARNING: Your amended complaint will not be filed unless you complete each of these steps:

    1.    Answer all questions on the amended complaint form.

    2.    Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your amended complaint unless you take all of the steps above.

*Revised 12/13/18*

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____ *N/A* _____

Date last worked: _____ *N/A* _____

Weekly earnings: _____ *N/A* _____

5.  Approximately how much money have you received in the past twelve months in the form of:
    a) salary, wages, commissions, or earned income of any kind? _____ *N/A* _____

    b) interest, dividends, rents or investments of any kind? _____ *NO* _____

    c) gifts or inheritances of any kind? . _____ *NO* _____

6.  How much money do you have in any checking or savings account(s)?

    Checking: _____ *OO* _____

    Savings: _____ *OO* _____

    Prison account: _____ *$288.00* _____

7.  Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _✓_

    If YES, describe the property and state the approximate value: _____

8.  How much money do you owe others? _____ *NO* _____

    For each debt, state the name of the creditor and the amount owed:
    CREDITOR                                    AMOUNT OWED

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case

1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

Now describe your claims.

Statement of Case

1.  "SEE ATTACHED"


2.


3.


4.

Revised 12/13/18

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

E.    REQUEST FOR RELIEF
Tell the court what kind of relief you want.  Remember: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a courtappointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits.  For any of these, you must request a Writ of Habeas Corpus.

*Revised 12/13/18*

REASON FOR COMPLAINT:                    Page 1 OF 3

I, INMATE LA'SEAN DANIELS, IS INTITLED TO UTILIZE AND AND ALL ADMINISTRATIVE DIRECTIVE FROM THE STATE OF CONNECTICUT DEPARTMENT OF CORRECTION ONCE PLACED UNDER THIER SUPERVISION.

WHERE (AS) THE STATE OF CONNECTICUT (D.O.C) ADMINISTRATIVE(S) DIRECTIVES CHAPTER EIGHTS (8) OF THE HEALTH SERVICES REVIEW, APPLIES IN ACCORDANCE TO THE POLICY APPROVED BY THE ACTING COMMISSIONER TO ALLOW 1, INMATE: MR. LA'SEAN DANIELS #196157, TO SEEK FORMAL REVIEW OF ANY HEALTH CARE PROVISION, PRACTICE, DIAGNOSIS OR TREATMENT.

WHEREFORE, THE STATE OF CONNECTICUTS (D.O.C) ADMINISTRATIVE DIRECTIVE CHAPTER (8) POINT NINE (9) TITLE ADMINISTRATIVE REMEDY FOR HEALTH SERVICES DEFINITIONS AND ACRONYMS, SECTION (I) REVIEW, THEREFORE BEING ALSO SUBJECTED TO DELIBRATE INDIFFERANCE, DELIBRATE DENIAL OF DUE PROCCESS AND INADEQUATE MEDICAL CARE, VIOLATING MY EIGHTY(8+H) ELEVEN (11+H) AND FOURTEETH AMENDMENT RIGHTS(S) AS WELL THE (A.D.A) AMERICAN DISABILITY ACT, TITTLE II...

WHICH CLARIFIES THAT ANY AND ALL EXISTING DIAGNOSTIC OR TREATMENT DECISION, INCLUDING A DECISION TO PROVIDE NO TREATMENT, CAN ONLY BE REVIEW BY AUTHORIZED HEALTH SERVICES STAFF MEMBER WITH PROPER STAFF CONDUCT.

FURTHERMORE, THE STATE OF CONNECTICUT (D.O.C) ADMINISTRATIVE DIRECTIVE (8.9) ADMINISTRATIVE REMEDY FOR HEALTH SERVICES INFORMAL RESOLUTION ALLOWS I, INMATE LADEAN DANIELS, TO BE GIVEN AN ATTEMPT TO RESOLVE THE ISSUE "FACE TO FACE" WITH THE APPROPRIATE STAFF MEMBER OR WITH A SUPERVISOR VIA WRITTEN (CN9601) REQUEST FORM.

I, THE PLAINTIFF, SHOULD (HAVE) BEEN FREE FROM BARBARIC ACTS THAT SHOCKS THE CONCIOUS IRREPARABLE HARM AND MALICIOUS SUBJECTION FROM CORRIGAN C.I. STAFF.

my complaint will clearly, Justify without
a Reasonable Doubt and or Near say that
I, implore; Mr. Daniels #196157 Federal Rights,
stay law and state of Connecticut
(D.O.C.) Regulation were violated and my
complaint will demonstrate, what happen
to I, the Plaintiff From start to Finish
implicating on How I, the Plaintiff was
subjected to cruel unusal Punishment
and Regaliation Tactics From start to
Finish...


                    Plaintiff
                    La'Sean Daniels #196157

## STATEMENT OF FACTS

1. This is a civil rights action alleging violations of the Plaintiff's constitutional rights as guaranteed by the Eighth, Eleventh and Fourteenth Amendments to the United States constitution. The Plaintiff brings this action pursuant to 42 U.S.C. § 1983 / Bivens to remedy acts deliberate indifference to a serious medical need. Plaintiff suffered physical injuries to his person and mental anguish.

2. The Plaintiff, La'Sean Daniels, is an adult resident of the state of Connecticut. At all relevant times during this matter he was housed at Corrigan CC. and under the care and controle of the Department of Corrections.

3. The Plaintiff, brings this civil rights action alleging violations of the plaintiff's rights under the (A.D.A.) Americans with Disability Act, 42 U.S.C. § 12131, et seq. for deliberate indifferent to a serious medical need.

STATEMENT OF CASE:

1) I, LASEAN DANIELS, THE PLAINTIFF WAS INCARCERATED IN THE STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS AT CORRIGAN C.C. ON THE 14TH DAY OF MAY 2020.

2) UPON ARRIVAL MY HIGHTOP SNEAKERS AND MEDICAL DEVICE ORTHOPEDIC LIFTS, (THE PLAINTIFF NEEDS TO UTILIZE DUE TO HIS DISABILITY A DEFORMED FOOT$) WERE CONFISCATED BY (D.O.C.) DEPARTMENT OF CORRECTIONS OFFICER AND MEDICAL NURSE "JANE DOE" (1).

3) THE PLAINTIFF EXPLAINED TO THE MEDICAL R.N. JANE DOE AND DOC. OFFICER, THAT HE COULD NOT AMBULATE WELL WITHOUT ADEQUATE FOOTWEAR AND HIS MEDICAL DEVICE DUE TO THE SHORTNESS OF ONE LEG AND A DEFORMED FOOT. AND HE WAS TOLD THAT HE WOULD HAVE TO "MAKE DUE" WITH WHAT THEY GIVE HIM.

4) PLAINTIFF WAS TOLD TO WRITE MEDICAL TO HAVE THE MEDICAL DEVICE APROVED.

5) Plaintiff request to be placed in a medical unit until he can obtain adequate footwear and medical device. It would not be safe to be placed in general population without nothing on his feet. Plaintiff was concerned about his safety and walking without footwear may cause irreparible harm to his foot or leg.

6) Plaintiff was placed in a medical unit for the night on May 15th the plaintiff requested to see the on call doctor to get his footwear aproved.

7) 10 minutes later a officer came and told the plaintiff that medical stated. His footwear was not medically need and since he could not fit prison footwear plaintiff was given slippers and was being placed in general pop. (A-unit.)

8) On May 15th 16th and 17th plaintiff submitted several (EN 9601 Request Forms) to medical to be seen couse 1, had on no footwear and 1, have a disability that requires the plaintiff to wear hightop footwear and a medical device (lifts). Plaintiff was never called to sickcall.

9) Plaintiff explain his situation to NURSES who delivered medication to his unit every night and was told to wait for sick call. (which never came.)

10) Due to the plaintiff being a (TOE WALKER) Because his ankle does not bend and he's left to walk on the front part of his foot plaintiff developed a swollen front foot that started to cause extreme pain..

11). On May 22, 2020, plaintiff was in so much pain he reached out to mental health Because he was mentally drained and needed help to be seen by the medical doctor. Plaintiff was placed on (B.O.S.) Behavual observation status for his efforts which is a cell with (no cloths on) a safty blankey for (4) day unable to recieve any form of medical intervention.

12) On May 22, 2020 plaintiff was in so much pain he could not sleep for the next 3 days Plaintiff spoke to NURSE YVONN, R.N. AMY and RN JULIAN and showed them his swollen foot. All nurses stayed thier not getting involved.

13) ON PLAINTIFF'S (3rd) DAY OF (B.O.S.) DUE TO THE AMOUNT OF PAIN IN HIS FOOT, HE PASSED OUT TRYING TO MAKE IT TO THE TOILET. HE ALSO VOMITTED AND URINATE ON HIS SELF.

14) L.T BILARIO, RN YVONNE R.N. JILLIAN D.O.C OFFICER KIRKWOOD AND UNKNOWN OFFICERS RUSHED INTO PLAINTIFF'S CELL AND BECAUSE HE COULD NOT STAND UP FAST ENOUGH UPON REQUEST, R.N. JILLIAN STATED, "OH!" THIS IS JUST BEHAVIOR." SO PLAINTIFF WAS LEFT IN HIS CELL WITHOUT OPTION TO CLEAN HIS SELF OR THE CELL OF THE SMELL OF VOMIT AND URIN.

15) ON MAY 26, 2020  I, SEEN NURSE KRISTIEN PASSING MY CELL, PLAINTIFF SHOWED HER HIS FOOT AND WAS TOLD ALL HE NEED IS SOME BACINTRACIN ON IT. WHICH SHE APPLIED TO HIS FOOT.

16) I, EXPLAINED TO NURSE KRISTIEN THAT THERE IS A NOT IN THE FRONT OF MY FOOT THATS PRESSING AGAINST THE "NERVES," COUSING SHARP PAIN, AS IT GETS BIGGER. NURSE KRISTIEN STATED "IT looks like A ABSSES." BUT WOULD NOT HELP ME BE SEEN BY THE ON CALL DOCTOR.

17) On May 26, 2020, I was released from the Restrictive Housing Unit and place back in A-Unit cell (2).

18) Two days later I, put my foot on the floor I, felt a sharp pain in my foot and noticed Bloon and Puss pooring from between my toe's I, contacted the unit officer who calls medical.

19) 20 to 4 minutes later R.N. Jullian, came to my cell door with Bacintracin and a bandaid and told me to; keep the wound clean and to use the Bacintracin and cover it with the bandaid. I, stated this is a huge whole and I, need to see a doctor. R.N. Jullian stated; "Its not a emergency," and you dont need to see a doctor".

20) I, told Nurse Jullian this is not right. She stated, ; "If I, dont like it, to write a grievance". The statement was made with a lot of attitude as she walked away.

21) On May 29, 2020 Nurse Millsa came to my unit. I, stopped her and showed her my foot. Emediatly she stated I, need to be admitted.

22) I WAS NOT BROUGHT TO A HOSPITAL, YET INSTEAD, I WAS PLACED IN THE D.O.C's MEDICAL UNIT AND PLACED ON A I.V. IN A ATTEMPT TO TREAT THE INFECTION BY GIVING ME ANTIBOITICS THROUGH I.V. I REQUESTED MULTIBLE TIMES TO BE BROUGHT TO A HOSPITAL.

23) ON MAY 26, 2020 I SPOKE TO WARDEN MARTIN WHEN HE WAS TORING (R.H.U) I TOLD W/MARTIN ABOUT MY DISABILITY AND WHATS HAPPENING TO MY FOOT. HIS ONLY RESPONSE WAS FOR THE PLAINTIFF TO: "SEND HIM A CN9601 REQUEST FORM". HE WOULD LOOK INTO IT.

24) ON MAY 31st 2020, PLAINTIFF SENT WARDEN MARTIN A "CN9601 REQUEST FORM." ON JUNE 5th, 2020, WARDEN MARTIN RESPONSE WAS THAT; HE AND DOCTOR FEDER, INSPECTED MY ORTHOPEDIC LIFTS AND HIGHTOP SNEAKERS AND DENIED MY REQUEST TO OBTAIN THEM BECOUSE THEY DIDN'T FIT MY MEDICAL NEEDS.

25. ON JUNE 1st 2020 A A.P.R.N JANE DOE, CAME INTO THE MEDICAL CELL AND TOOK ONE look AT THE WOUND AND SIZE OF MY FOOT WHICH WAS SWOLLEN. AND STATE; "I NEED TO BE BROUGHT TO A EMERGENCY ROOM, AND WHY THE ON CALL DOCTOR WAS NOT NOTIFIED

OF CONDITION MY FOOT WAS IN.

26) I, WAS TAKEN TO UCONN HOSPITAL WHERE I, HAD
TO REFUSE TO GO INTO SURERY BECAUSE I, WAS TOLD
BU DACTORS MY FOOT WOULD BE "CUT OFF."
A CALL WAS MADE TO A SURGEN WHO CAME TO SEE
ME AND STATED, "SHE WOULD GO IN AND CLEAN
OUT THE INFECTION BUY IF IT SPREADED TO MY
BONE, I, WOULD WAKE UP WITHOUT A FOOT, BECAUSE
SHE HAS TO SAVE MY LIFE FIRST." SHE CONVINCED ME
THAT SHE WOULD TRY AND SAVE MY FOOT.
        & SHE STATED; "IF THIS ABSESS WAS
                TREATED EARLY I, WOULD NOT HAVE
                NEEDED SURGERY, &

27) AFTER THE SURGERY, I, FOUND OUT 4.2 CM. OF
INFECTION WAS CLEANED OUT LEAVING ME WITH
STICHES AND STAPLES. I, WENT THROUGH SEVERAL
WEEKS OF REHABILITATION. HOPPING ON ONE
FOOT WICH EFFECTED MY OTHER DISABILITIES
INWHICH I, SUFFER FROM DEGENETIVE DISC
DESEASE OF THE LUMBAR SPINE, SIOTICA, NEURAPATHY
AND CRONIC MUSCLE SPASMS.

28) SINCE THE SURGERY I, DEVELOPED NUMBNESS
IN MY FOOT AND TOES, MUSCLE AND NERVE PAIN IN
MY FOOT WICH LEFT ME DEPENDANT ON PAIN
MANAGEMENT IN OR TO WALK. THE WAY I, WALK

Has my hip disinlined to the point my spine has to readjust cousing exstensive nerve pain down the righty sine of my bodu and cronic muscle spasms that cause pain in my back as a resauty leaving me to have no pronuotive quanity of life free of pain.

29) On June 9th 2020, I, submitted grievances in attempt to grieve menicals delibraye inoifference and grievances coordinator S. Brennan mane erronious statements on record by mis diagnosing my menial health status. By stating what I dong have. J. Brenna violayen n.o.c. directives by responding to grievance writiyen against her and having other people sign. the grievance. J. Brennan, sent grievances back to the plaintiff staye he din not follow the rules on filing a anequate grievance. Plaintiff has proof he din follow the righty proceenures. S. Brennan attempten to hinner and stagnaye the plaintiff grievance process violaying the plaintiff rights to no process and n.o.c. policies of staff connuct. Her actions violayen the 8.9 aomingstrayive remeny process..

33. NURSE SUPERVISER K. PHILLIPS, WAS SEE BY THE PLAINTIFF DURING HIS VISIT WITH DR. FEDER AND PLAINTIFF ASK N.S. K. PHILLIPS DID SHE RECIEVE HIS GRIEVANCE FORMS? SHE STATED "YES" "BUT SHE IS NOT HAPPY WITH ME." PLAINTIFF ASK "WHY"? N.S. K. PHILLIPS STATED ITS THE LANGUAGE I USED IN MY GRIEVANCES.

34. ON OR ABOUT THE ENDING OF JULY THE PLAINTIFF ORDERED AND HAD A PAIR OF ALL BLACK HIGH TOP SNEAKERS MAILED TO CORRIGAN FROM A SNEAKER CATALOG IN COMPLIANCE WITH D.O.C POLICIES.

35. UPON THE ARIVAL OF THE PLAINTIFF FOOTWEAR CORRIGAN AT CORRIGAN C.C. WOULD NOT RELEASE THE FOOTWEAR TO THE PLAINTIFF. EVEN THOUGH HE HAD A MEDICAL PASS TO ORDER THEM FROM A OUT SIDE VENDER.

36. PLAINTIFF MET WITH PROPERTY SUPERVISOR CPT. MEGAIL AND GRIEVANCE COORDINATOR C.C. King IN HIS UNIT. BOTH INFORMED THE PLAINTIFF, THAT HE WOULD NOT BE ALLOWED TO OBTAIN THE FOOTWEAR, (THAT WAS SO MEDICALLY NEEDED) WHEN ASK, "WHY?. PLAINTIFF WAS TOLD WARDEN MARTIN DONT LIKE THE FACT I, THE PLAINTIFF WENT OVER HIS HEAD OR AUTHORITY AND GOT MEDICAL INVOLVED. HE WANTED ME TO ORDER THEM FROM COMMISSARY NOT A OUTSIDE VENDER.

30) J, BRENNON WHO IS ONLY A (R.N) REGISTERED NURSE HAS MALIOUSLY TRIED TO DENY THE PLAINTIFF THE RIGHT TO EXHAUST HIS REMEDY AT CORRIGAN CC. BY NOT RESPONDING TO PLAINTIFF GRIEVANCES, THE RESPONDING IATE. TO PLAINTIFF GRIEVANES.

31) WHILE AT CORRIGAN CC INBETWEEN MAY AND DEC. OF 2020. PLAINTIFF SUBMITTED GRIEVANCES TO HIS COUNSELOR WHO GAVE THEM DIRECTLY TO UNIT MANAGER HACKET, WARDEN MARTIN CRITIAN SHEA (NURSE SUPERVISOR) AND DEPUTY WARDEN OLSE. THAT WENT UN ANSWERED. VIOLATING THE PLAINTIFF DUE PROCESS RIGHTS PER 8.9 9.5 DIRECTIVES OF THE REMEDY PROCESS.

32) IN THE MONTH OF JULY OF 2020 PLAINTIFF MET WITH WARDEN MARTIN AND DOCTER FEDER AND CAME TO THE CONCLUSION THAT IF THERE IS NO FOOTWEAR AVAILIBLE TO FIT THE PLAINTIFF ON COMMISSARY. THE PLAINTIFF MAY BE ISSUED A MEDICAL PASS TO ORDER FOOT WEAR FROM A OCY SIDE VENDER, THAT CAN ACOMEDATE HIS FOOT AND MEDICAL DEVISE, (LIFTS)

37) 45 DAYS AFTER THE PLAINTIFF'S FOOTWEAR HAS BEEN SITTING IN THE PROPERTY ROOM, PLAINTIFF SPOKE WITH DR. FEDER AND WAS TOLD SHE WOULD LOOK INTO THE SITUATION OF WHY I/ DIDN'T HAVE FOOTWEAR AND TO SEND HER A REQUEST AS A REMINDER.

38) PLAINTIFF SENT A REQUEST FORM TO DR. FEDER WHO WROTE BACK STATING K. PHILLIPS (NURSE SUPERVISOR) WOULD DEAL WITH MY SNEAKER ISSUE.

39) SUBSEQUENTLY THE PLAINTIFF WAS TRANSFERED TO ANOTHER FACILITY (NEW HAVEN C.C.) "IN SLIPPER" AND AT THE ENDING OF AUGUST 2020 PLAINTIFF RECIEVED THE FOOTWEAR HE ORDERED IN JULY OF 2020.

40) THE PLAINTIFF WROTE TO THE GRIEVANCE COORDINATOR AT NEW HAVEN CC TO EXUAST HIS REMEDY AND WAS TOLD BY THE GRIEVANCE COORDINATOR THAT CORRIGAN CC's G.C. IS REFUSING TO RESPOND TO THE PLAINTIFF'S GRIEVANCES. SO NEW HAVENS G. COORDINATOR RESPOND TO THE GRIEVANCES SO THE PLAINTIFF COULD EXUAST HIS REMEDY PER 2.10.C POLICY.

* NOTE THAT THE PLAINTIFF SUBMITTED MULTIPLE GRIEVANCES THAT CAME BACK UNANSWERED, WITH NO DISPOSITION OR ADEQUATE RESPONSE, AN SHOW HOW THE REMEDY PROCESS FAILED THE PLAINTIFF.

"MEDICAL HISTORY"

1) PLAINTIFF SUFFERS FROM: DEGENOTIVE DISC
DISEASE OF THE LUMBAR SPINE, SIOTICA,
NUERAPOTHY TO THE RIGHT SIDE OF THE
BODY AND A PLANTA FLEX FOOT. (TOE WALKER)

MENTAL HEALTH DIAGNOSISE
2) DITISM. ANXIOTY ASSOCIATED WITH
DEPRESSION, BIPOLAR AND ANTI-SOCIAL
PERSONALITY DISORDER.

## Request For Relief

Plaintiff, Request To sue each Defendant in their, individual capacity and offical capacity For $250,00.00, Two Hundrean and Fifty Thousand Dollar each.   in

1) compensatory Damages
2) money Damages
3) mental Anquish
4) Physical injury
5) continue Pain management.
6) punitive Damages

Plaintiff Rights if violated under the United States Constitution 8th 11th 14th amendments. and the American with Disability Act. Tittle II.

| **CONFIDENTIAL** | Inmate name: La Dean Daniels |
| (FOR OFFICIAL USE ONLY) | Inmate number: 196157 | Housing: CL-7 |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

ON 5-14-201, WAS ADMITTED TO CORRIGAN CC. UPON ARIVAL MY MEDICALLY NEED FOOTWEAR "HIGHTOP SNEAKER" & LIFTS, WERE CONFISCATED. I NOTIFIED THE D.O.C OFFICER AND INTAKE NURSE THAT 1, HAVE A DISABILITY A "DEFORMED FOOT" AND I'm A TOE WALKER. WITH OUT ADEQUATE FOOTWEAR & WOULD CAUSE HARM TO MY FOOT, LEG, BACK AND HIP. AS WELL AS EXTREME PAIN; TO NO AVAIL. 1, WAS PLACED IN POPULATION WITH NO FOOT WEAR. WHILE WALKING WITHOUT ADEQUATE FOOT WEAR 1 DEVELOPED A ABSCESS THAT BURST, PUSS AND BLOOD WHICH BECAME SO INFECTED 1, WAS RUSHED TO UCON HOSPITAL WHERE 1, HAD TO HAVE SURGERY. PRIOR TO SURGERY 1, SHOWED WARDEN MARTIN MY SWOLLEN FOOT AND TOLD HIM I'm IN NEED OF THE FOOT WEAR I HAVE IN PROPERTY. HE STATED TO WRITE HIM A REQUEST. HE SENT THE REQUEST BACK STATING MY FOOTWEAR IN POPULATION PROPUTING I WAS NOT MEDICALLY NEEDED NORE THE LIFTS, WARDEN MARTIN ACTIONS ARE DELIBRATE IN DIFFERENT TO A SERIOUS MEDICAL NEED. VIOLATING MY AMENDMENT RIGHT 8TH 11TH 14TH UNDER THE CONSTITUTION AND THE A.D.A. ACT.

Requesting: To see a Physical Therapist & Orthopedic.

| Inmate signature: | Date: 10-4-20 |

- For all remedies except health services, deposit this form in the **Administrative Remedies** box.
- For a health services issue, deposit this form in the **Health Services** box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: OCT 0 5 REC'D | IGP #: 29407 | T#: |
| Disposition: No further action | Date of Disposition: 11/3/20 |

Reason: per 6/8/20 rickeall request reply @ Corrigan CI Your confiscated footwear were inspected by MD & got denied as they don't fit for medical needs.

| ☑ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
| Signature: | Date: |

CN 9602
REV 9/20/17

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

| Facility/Unit: *NEW HAVEN CC* | Date: *10-4-20* |
|---|---|
| Inmate name: *La'Dean — Daniels* | Inmate number: *196657* |

## SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

| | |
|---|---|
| A. [X] | **I am filing a Grievance.**<br>• Prior to filing a grievance, you must attempt informal resolution.<br>• Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.<br>• Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. |
| B. [ ] | **I am requesting a Health Services Review:** |

| | | |
|---|---|---|
| [ ] All Other Health Care Issues | [ ] Diagnosis/Treatment | **Complete Section 4** |

| | | | |
|---|---|---|---|
| C. [ ] | **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)* | | |
| | [ ] Disciplinary Action | | > **Complete Section 3 below** |
| | [ ] Special Management Decision | [ ] Classification Decision | > |
| | [ ] Media Review Committee Decision | [ ] Furlough Decision | > |
| | [ ] Security Risk Group Designation | [ ] ADA Decision | > |
| | [ ] Determination of Grievance Process Abuse | [ ] Rejection of Outside Tapes/CDs | > |
| | | [ ] Rejection of Correspondence | > |

(right side spanning: **Complete Section 4**)

## SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

• Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

• Only one request for an administrative remedy must be submitted on this form.
• The request for an administrative remedy and the action sought should be stated simply and coherently.
• The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
• This request for an administrative remedy must be free of obscene or vulgar language or content.
• This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
• A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

• You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
• If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | [ ] yes [ ] no | If yes, name of advisor: | | |
|---|---|---|---|---|
| Did you identify witness (es) to the investigator? | [ ] yes [ ] no | Did your witness (es) testify? | [ ] yes [ ] no |

Name(s) of any witness(es):

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: LANSON DANIELS    Inmate number: 196157

Facility/Unit: CORRIGAN    Housing unit: A102    Date: 5/31/20

Submitted to: WARDEN MARTIN

Request:

OUR LAST CONVERSATION WAS ABOUT
ME NOT HAVING ANY FOOTWEAR. AND
YOU WOULD CONTACT MEDICAL TO SEE
IF I CAN HAVE THE SNEAKER IN PROPERTY
APPROVE DUE TO THE AMOUNT OF LIFTS

I NEED INSIDE A "HIGH TOP" SNEAKER
I HAVENT HEARD ANYTHING CAN YOU PLEASE
GET BACK TO ME.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): [signature]    Title: WARDEN

Action taken and/or response:

MR. DANIELS,

DR. ISON AND I HAVE INSPECTED YOUR
FOOTWEAR. YOUR REQUEST TO OBTAIN YOUR
SNEAKERS HAVE BEEN DENIED, AS THEY DO NOT
FIT MEDICAL NEED.

*continue on back if necessary*

Staff signature: [signature]    Date: 6/5/2020

1 of 3

# [C]ON[F]IDENTIAL

## FICIAL USE ONLY

JUN 1 2 2020

Inmate name: _Lindsay _____

Inmate number: _196___

Housing: _____

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT. _Sent "Several Request" none were Answered._

_on May 14, 2020 I was transferred to Corrigan CI. Upon arrival my "High top Sneakers and Orthopedic lifts" were confiscated. I informed Medical officer and the Medical intake nurse, that I can not walk without adaquate Footware, Due to my disability (osteoma foot) Medical did not accommodate my special needs. I was placed in General pop. without my Footware. my ankle rolled and bones in my ankle and the front part of my foot, my foot became swollen with extreme pain. So I went to Medical sick call to no avail. Also I complained to nurses that passed through my unit for med call. I developed an abscess. My Right lowerleg, foot and toes. I was denied access to a doctor and only given bandaids and Bacitracin for the wound to clean in my cell alone with no assistance from Medical. unwrap my foot became so infected that on 6-1-2020 I was able to see a doctor. who sent me to the Emergency Room at UCONN Hospital where I had to undergo surgery. at all times complained about my foot and seen by Dr. Sri RN, Annetta and Shirelle or Pa... RN Melissa. medical action consisted of a wanton infliction of pain. without denying/types continuing Attempts to address my medical need resulted violates my constitutional rights under the 8th/14th and 14th amendments as well as my rights under the A.D.A. Act. ★ Requesting: Physical Therapy and access to ordered "Hightop" Sneakers from a outside vendor. (See Attachment (A))_

Inmate signature: _____ Date: 6-6-20

- For all remedies except health services, deposit this form in the **Administrative Remedies** box.
- For a health services issue, deposit this form in the **Health Services** box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 6/18/20    IGP #: 27293    T#:

Disposition: N/A    Date of Disposition: N/A

Reason:

See attached

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature: _J Brennan RN_    Date: 7/9/20



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: CORRIGAN CC | Date: 6-6-20 |
|---|---|
| Inmate name: LANDAU DANIELS | Inmate number: 196157 |

## SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐
**I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☒
**I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☒ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C.** ☐
**I am filing an Appeal of a (select one below): *(Appeals must be filed within 15 days of notification of a decision.)***

| ☐ Disciplinary Action | | **Complete Section 3 below** |
|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision  > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision  > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision  > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs  > | |
| | ☐ Rejection of Correspondence  > | |

## SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? ☐ yes ☐ no | If yes, name of advisor: |
|---|---|

| Did you identify witness (es) to the investigator? ☐ yes ☐ no | Did your witness (es) testify? ☐ yes ☐ no |
|---|---|

Name(s) of any witness(es):

"ATTACHMENT"
(A)

LASEAN DANIELS #196157    CORRIGAN CC    A·102

*NOTE; THERES NO CLEAR AVENUE TO CORRECT THE IRREPARABLE HARM CAUSED BY MEDICALS ACTIONS, BUT ITS NOTED THROUGHOUT MY MEDICAL FILE THAT "COMMISSARY SNEAKERS" ARE NOT ADEQUATE TO SUSTAIN MY DISABILITY AND WILL CAUSE MORE HARM DUE TO THE STYLE AND CUT OF THE SNEAKER, BY UCONNS ORTHOPEDIC AND PODIATRIST DOCTORS, IN THIER CONSAULTENT REPORTS.

VIA UCONNS ORTHOPEDIC AND PODIATRIST DOCTORS I, HAVE A "FOOT PASS" IN MY MEDICAL FILE TO ORDER FOOTWEAR "HIGH TOP SNEAKERS" THROUGH A "OUTSIDE VENDER," AS I, HAVE DONE IN THE PAST.

* IM REQUESTING; PHYSICAL THERAPY AND ACCESS TO ORDER "HIGH TOP SNEAKER" FROM A OUTSIDE VENDER, AS WELL AS ORTHOPEDIC LIFTS.



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: | Daniels, Ladean | Inmate number: | 196157 |
|---|---|---|---|

| Facility/Unit: | Corrigan | Housing unit: | A 102 | Date: | 7/9/20 |
|---|---|---|---|---|---|

Return log number:   27293

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1.  ☒  An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2.  ☐  A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3.  ☐  Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4.  ☐  The grievance and the action requested should be stated simply and coherently.

5.  ☐  The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6.  ☐  The grievance must be free of obscene or vulgar language or content.

Comments:

You did not attach any evidence of an attempt at informal resolution. Must attempt informal resolution prior to refiling this HSR per AD 8.9

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: | Brennan  RN | Date: | 7/9/20 |
|---|---|---|---|