UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEC 11 2025 PM2:18
FILED-USDC-CT-HARTFORD

LADEAN DANIELS

V.

FEDER ,Et.,Al.                                   CASE NO. 3:23-CV-00441-SVN

PLAINTIFF'S CHANGE OF ADRESS NOTICES

The Plaintiff Ladean Daniels, respectfully gives notice, that his address has changed to as follows:

Ladean Daniels

167 Liberty Street                               THE PLAINTIFF

Middletown, CT 06457                             BY:

                                                 Ladean Daniels

                                                 167 Liberty Street

                                                 Middletown, CT 06457

CERTIFICATION OF SERVICE

I, Ladean Daniels, hereby certify that a copy of the foregoing has been mailed, postage prepaid on the

Above date to as follows:

State Of Connecticut

A.A.G. Leland Moore

165 Capitol Ave

Hartford, CT 06103                              BY: _____

Ladean Daniels

167 Liberty Street

Middletown, CT 06457